**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

**No. 24-1529**

---

In re:  ERICK RAHUMID HOBBS, a/k/a Eric Muhammad,

Petitioner.

---

On Petition for a Writ of Mandamus to the United States District Court for the District of Maryland, at Baltimore.  (1:18-cr-00322-DKC-1; 1:22-cv-01881-DKC)

---

Submitted:  July 25, 2024                                        Decided:  July 30, 2024

---

Before GREGORY, HARRIS, and QUATTLEBAUM, Circuit Judges.

---

Petition denied by unpublished per curiam opinion.

---

Erick Rahumid Hobbs, Petitioner Pro Se.

---

Unpublished opinions are not binding precedent in this circuit.

2

PER CURIAM:

Erick Rahumid Hobbs petitions for a writ of mandamus, alleging that the district court has unduly delayed in ruling on his 28 U.S.C. § 2255 motion.  He seeks an order from this court directing the district court to act.  The present record does not reveal undue delay in the district court because Hobbs recently moved to supplement his § 2255 motion. Accordingly, we deny the mandamus petition.  We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*PETITION DENIED*